IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ILLINOIS



| | |
|---|---|
| The Moorish Divine and ) <br> National Movement, The ) <br> Moorish Science Temple ) <br> Of America, et al, ) <br> Plaintiffs, ) <br> ) <br> V. ) <br> ) <br> The State of Illinois, County ) <br> Of Cook, , ) <br> Dorothy Brown-Clerk of the ) <br> County of Cook, Chief Judge ) <br> Timothy Evans, ) <br> ) <br> ) <br> Defendants, ) | CIVIL ACTION <br><br> 06CV3139 <br> JUDGE CASTILLO <br> MAGISTRATE VALDEZ <br><br> **RECEIVED** <br> JUN 0 7 2006 <br> MICHAEL W. DOBBINS <br> CLERK, U.S. DISTRICT COURT |

WRIT IN THE NATURE OF DISCOVERY
PLAINTIFF'S REQUEST FOR INFORMATION PURSUANT TO THE
FREEDOM OF INFORMATION ACT TITLE 5 U. S. C. SECTION 552

## JURISDICTION/VENUE STATEMENT

Jurisdiction /Venue are hereby placed in one Supreme Court, pursuant to Article 3, Section 2 for The United States Republic, under the Constitution.

"The Judicial power shall extend to all Cases, in Law and Equity, arising under this Constitution, the Laws of the United States, and Treaties made, or which shall be made, under their Authority; -to all Cases affecting Ambassadors, other public Ministers and Consuls;-to all cases of admiralty and maritime Jurisdiction;-to Controversies to which the United States shall be a party;-to Controversies between two or more States;-between Citizens of different States;-between Citizens of the same State claiming Lands under Grants of different States, and between a State, or the Citizens thereof, and foreign States, Citizens or Subjects." In all Cases affecting ambassadors, other public Ministers and Consuls, and those in which a State shall be a party, the Supreme Court shall have original jurisdiction. In all the other Cases before mentioned, the Supreme Court shall have appellate Jurisdiction, both as to law and Fact, with Such Exceptions, and under such Regulations as the Congress shall make.

### Am Jur 2d Section 2042. Jurisdiction in cases affecting Ambassadors, other public Ministers, and Consuls.

The United States District Court has original Jurisdiction, exclusive of the courts of the States, of all Civil actions and proceedings against Consuls or Vice-Consuls of foreign States, or Members of a Mission or Members of their families (as such terms are defined in Section 2 of the Diplomatic Relations Act [22 UCSC Section 254a]).

As Consular Courts were abolished in 1956 A.D., 1376 Moorish Calendar year, all issues between the Moorish Americans and European Nations, being of a treaty nature are obviously of a Federal Jurisdiction. The States cannot make treaties and therefore, have no jurisdiction. A change of venue should be automatically recognized by inferior courts. Any jurisdiction claimed without mutual agreement within the prescribed proper forum, is void of law. Federal and State officials must set up Consular Courts to have lawful jurisdiction in Moorish Affairs. Where provisions are not made to address Foreign Relations and Intercourse in a Consular Court, as prescribed by law, then no jurisdiction exist! A Court of General Sessions, Congressionally sanctioned, in accord with the National Constitutions and Treaties, with Consulars and officials representing both nations/nationals, present and In Propria Persona would be proper jurisdiction. All parties would operate by de jure Constitutional and Treaty law. If there is no proper jurisdiction or venue, then no lawful or legal trial can be held, therefore, all rights revert back to the People (Self-government with Sovereign Authority). When Government officials supersede their jurisdiction, or deny lawful due process, redress, recourse, and remedy, "At Law", then they are criminals, and are traitors to the Constitution and Treaty to which they are bound by law and from whence they derive any Authority at all! This is where the Supreme Law of the Land comes into effect.

### 28 U.S.C. SECTION 1331. Federal question

**The district courts shall have original jurisdiction of all civil actions arising under the Constitution, laws, or Treaties of the United States.**

## CAUSE OF ACTION

The Clerk of the city of Chicago is hereby formally notified to comply with the following or to be prosecuted along with the aforementioned parties:
Surety Bonds and Oaths of Office of all individual persons of interest-
1. K. Stall Star #676
2. Sgt. Jania Star # 1131
3. R. Whitten Star # 8163
4. Other unknown employees (6 or 7 in number)

All of the individuals named above have been charged with violating the United States Constitution and the employer (city of Chicago) is responsible for it's employees. The City of Chicago has (20) twenty days to provide information on the insurer of the surety bonds issued for city employees (particularly those within the police department). In addition all parties (defendants) to this action are required to qualify themselves by nationality by stating and declaring/proclaiming their Nationality for the Record.

1. Chief Judge Timothy C. Evans what is your Nationality for the record?
2. Cook County Clerk Dorothy Brown what is your Nationality?
3. The Nationality of all Judges (Cook County) for qualification purposes.

This action will proceed in accordance with due process of law as it is law that governs all events. Failure to comply with the above requested information within the specified amount of time will result in a default on the part of the Defendants. The Law must be enforced in order to save the Nation!

## CAUSE OF ACTION

On June 5, 2006 A.D. 1426 Moorish Calendar Sheik Lyonel Love El, a Free National (Moorish American Moslem) Citizen went to the location of 50 W. Washington (The Daley Center) request from Dorothy Brown-Cook County Clerk, Timothy C. Evans Chief Judge the following information:

1. Oaths of office for Chief Judge Timothy C. Evans and every other sitting judge currently hearing cases in the Circuit Courts whether they are subordinate to the Chief Judge or not, signed, and sealed submitted to the plaintiffs for the public record.
2. Copies of surety/fiduciary bonds of all Judges within the Circuit Courts of Cook County and information on who is the insurer of the aforementioned bonds.
3. A copy of the Cook County Sheriff's Oath of Office signed and sealed.
4. A copy of the Cook County Sheriff's Surety bond and the insurer.
5. A comprehensive set of procedures/rules on the Chief Judges' office in regards to <u>Serving</u> the public, responsibilities to the public regarding the release of requested information or documents, as well as but not limited to face to face meetings.

The defendants proceeded to sent the plaintiffs on a "merry-go-lucky-wild-goose-chase" up and down the elevators with no remedy for what we sought-information that for all intents and purposes should be accessible to the public as many decrees from the courts directly affect the public. One of the employees (the receptionist) in the Chief Judges office was rude without cause and another one (Sheriff's deputy) "politely" threatened to forcefully remove us from a public place for merely questioning policy as carried out albeit unprofessionally by employees within the Chief Judges' office. The information requested by the plaintiffs is necessary to qualify any and all officers (Judicial or Nonjudicial) in accordance with the due process of law as it is "Law that governs all events". Therefore the Plaintiffs will give the Defendants (20) Twenty days to provide this information by mail to the Moorish Science Temple of America, P.O. BOX 439133 Chicago, Illinois [60643] to provide what has been demanded and even mandated by law. If this information is not mailed to the plaintiff within the time specified within this writ (20 days) the defendants will be held liable for breach of contract and will be prosecuted to the fullest extent of the law as "the law must be enforce in order to save the nation". All oaths or contracts must be carried out in clean hands and if a breach occurs it makes the one who breaches liable for execution for whatever was stipulated in the contract i.e. title 28 1746 U.S.C., UCC 3-307. The Circuit Court of the County of Cook is also put on notice regarding the following cases 06 MI 708114-Integra Realty v. Daniel Lewis El, 06 MI 711689-Sean Washington v. Diana El are not cases that any inferior court has jurisdiction to hear and one (Sheryl A. Pethers) has already superseded her jurisdiction thereby making herself <u>personally</u> liable. No one is above the law.

Moorish Science Temple of America
Sheik Lyonel Love El, Counsel
P.O. BOX 439133
Chicago, Illinois [60643]

*[signature]* UCC-1-207